

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRANSPORTADORA ATON, S.A. de C.V, | § | No. 08-23-00066-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| SHAWN BLAIR PETERSON, Individually and | § | |
| as the Heir and Representative of the Estate of | | of El Paso County, Texas |
| RASHON EL-AMIN PETERSON (Deceased), | § | |
| and MICHAEL ALLEN DUBRULE, | | (TC# 2022DCV2494) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.